IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY M. AHART,  )<br>            Plaintiff,  )<br>   vs.  )<br>SAN QUENTIN STATE PRISON, et al.,  )<br>            Defendants.  ) | No. C 11-0525 JSW (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(Docket No. 4) |

    This case was opened when the Court received from Plaintiff, a prisoner of the State of California, a letter stating that Plaintiff wanted to file claims about his prison conditions. On February 3, 2011, the same day the letter was filed, the Clerk notified Plaintiff that he had not filed a complaint and that the case would be dismissed without prejudice if he failed to do so within thirty days. He has not done so.

    Also on February 3, 2011, the Clerk notified Plaintiff that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). Along with the notice, the Clerk mailed to Plaintiff the Court's IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, Plaintiff was informed that the case would be dismissed if he did not either pay the fee or file a completed IFP application within thirty days. He has not paid the fee. On February 10, 20011, Plaintiff filed an incomplete IFP application. Specifically, it did not include a trust account statement or a certificate of funds signed by a prison official. The instructions provided

to Plaintiff informed him that these items were required in order to complete the IFP application.

      As Plaintiff has neither filed the complaint, paid the filing fee, nor filed an IFP application within the allotted time, nor has he explained his failure to do so, this case is DISMISSED without prejudice. *See* Fed. R. Civ. P. 41(b). The incomplete application to proceed in forma pauperis (docket number 4) is DENIED.

      The Clerk shall enter judgment and close the file.

      IT IS SO ORDERED.

DATED: March 29, 2011

JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

JEFFREY M AHART,

        Plaintiff,

  v.

SAN QUENTIN STATE PRISON, et al,

        Defendant.

Case Number: CV11-00525 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey M. Ahart T86127
CSP-San Quentin
San Quentin, CA 94974

Dated: March 29, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk